DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
RONALD ANTHONY MCCLURE


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-0100 WBS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v.  ) | |
| ) | |
| RONALD ANTHONY MCCLURE, ) | Date:  April 28, 2008 |
| ) | Time:  8:30 a.m. |
| Defendant. ) | Judge: Hon. William B. Shubb |
| ) | |
| _____ ) | |

    It is hereby stipulated between the parties, Assistant United States Attorney Ken Meliken, and Assistant Federal Defender Caro Marks, attorney for defendant Ronald Anthony McClure, as follows:

    The status conference hearing date of March 31, 2008, should be continued until April 28, 2008.

    The defense has not yet received discovery in this case.  It is anticipated that defense counsel will be receiving the discovery within the next week.  The additional time is necessary for defense counsel to

1  review the discovery and discuss it with Mr. McClure.

2    Therefore, IT IS STIPULATED between the parties that the time
3  period between the signing of this Order up to and including April 28,
4  2008, be excluded in computing the time within which trial must
5  commence under the Speedy Trial Act, pursuant to 18 U.S.C. §
6  3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of
7  counsel.

9  Dated:   March 28, 2008
                                            Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender


                                            /s/ Caro Marks
                                            _____
                                            CARO MARKS
                                            Attorney for Defendant
                                            RONALD ANTHONY MCCLURE


                                            /s/ Ken Meliken
                                            _____
                                            KEN MELIKEN
                                            Assistant United States Attorney


**ORDER**

20    UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
21  ordered that the March 31, 2008, status conference hearing be continued
22  to April 28, 2008, at 8:30 a.m.  Based on the representation of defense
23  counsel and good cause appearing there from, the Court hereby finds
24  that the failure to grant a continuance in this case would deny defense
25  counsel reasonable time necessary for effective preparation, taking
26  into account the exercise of due diligence.  The Court finds that the
27  ends of justice to be served by granting a continuance outweigh the
28  best interests of the public and the defendant in a speedy trial.  It

1   is ordered that time up to and including the status conference on April
2   28, 2008 shall be excluded from computation of time within which the
3   trial of this matter must be commenced under the Speedy Trial Act
4   pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T-4,
5   to allow defense counsel reasonable time to prepare.
6   Dated:   April 1, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE