DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RONALD ANTHONY MCCLURE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-08-0100 WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| RONALD ANTHONY MCCLURE, | ) | Date: May 27, 2008 |
| | ) | Time: 8:30 a.m. |
| Defendant. | ) | Judge: Hon. William B. Shubb |
| | ) | |
| _____ | ) | |

    It is hereby stipulated between the parties, Assistant United States Attorney Ken Melikian, and Assistant Federal Defender Caro Marks, attorney for defendant Ronald Anthony McClure, as follows:

    The status conference hearing date of April 28, 2008, should be continued until May 27, 2008.

    The reason for the continuance is that the government recently provided the defense with new discovery that suggests the possibility of a superseding indictment on new charges against Mr. McClure. The new

1  evidence is contained on four DVD's allegedly containing conversations
2  by the defendant while he was detained (on this case) at Solano County
3  Jail. The parties request this continuance to allow defense counsel to
4  review the DVD's with the defendant, and to begin investigation into
5  the possible new charges.
6      In addition, the defense has not yet received the certified copy
7  of the defendant's criminal record, which is necessary to calculate his
8  guidelines on the pending charge as well as on the anticipated new
9  charges.
10     Therefore, IT IS STIPULATED between the parties that the time
11 period between the signing of this Order up to and including May 27,
12 2008, be excluded in computing the time within which trial must
13 commence under the Speedy Trial Act, pursuant to 18 U.S.C. §
14 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of
15 counsel.

17 Dated:  April 28, 2008
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ Caro Marks
                                    _____
                                    CARO MARKS
                                    Attorney for Defendant
                                    RONALD ANTHONY MCCLURE


                                    /s/ Ken Melikian
                                    _____
                                    KEN MELIKIAN
                                    Assistant United States Attorney

Name of Pleading: McClure S/O    -2-

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the April 28, 2008, status conference be continued to May 27, 2008, at 8:30 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the status conference on May 27, 2008 shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:  April 25, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Name of Pleading: McClure S/O     -3-