DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #159267
Senior Litigator
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
RONALD ANTHONY MCCLURE


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-0100 WBS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED]ORDER |
| v. ) | |
| ) | |
| RONALD ANTHONY MCCLURE, ) | Date:  June 30, 2008 |
| ) | Time:  8:30 a.m. |
| Defendant. ) | Judge: Hon. William B. Shubb |
| ) | |
| _____ ) | |

    It is hereby stipulated between the parties, Assistant United States Attorney Ken Melikian, and Assistant Federal Defender Caro Marks, attorney for defendant Ronald Anthony McClure, as follows:

    The status conference hearing date of May 27, 2008, should be continued until June 30, 2008.

    The reason for the continuance is that the parties anticipate a superseding indictment will issue, partial discovery for which has already provided to the defense. The anticipated new charges (as the

1  new discovery confirms) will engender an intensive fact investigation
2  in Solano County and elsewhere. The defense will have to make
3  arrangements to interview juvenile witnesses as well as incarcerated
4  witnesses. At present, nothing can be done in Mr. McClure's case until
5  he is arraigned on the superseding indictment (anticipated for the week
6  of June 9, 2008). Finally, which defense counsel is currently in trial
7  and it is expected that the trial will still be in progress on May 27,
8  2008.

9      Therefore, IT IS STIPULATED between the parties that the time
10 period between the signing of this Order up to and including June 30,
11 2008, be excluded in computing the time within which trial must
12 commence under the Speedy Trial Act, pursuant to 18 U.S.C. §
13 3161(h)(8)(B)(iv) and Local Code T4, for ongoing preparation of
14 counsel.

16 Dated:   May 22, 2008

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Caro Marks
_____
CARO MARKS
Attorney for Defendant
RONALD ANTHONY MCCLURE

/s/ Ken Melikian
_____
KEN MELIKIAN
Assistant United States Attorney

Name of Pleading: McClure S/O     -2-

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the May 27, 2008, status conference be continued to June 30, 2008, at 8:30 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the status conference on June 30, 2008 shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:  May 23, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Name of Pleading: McClure S/O      -3-