1  McGREGOR W. SCOTT
   United States Attorney
2  KENNETH J. MELIKIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2700



**FILED**

JUN 27 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S-08-100 WBS |
| Plaintiff, ) | |
| v. ) | APPLICATION AND ORDER RE: UNSEALING |
| [SEALED], ) | |
| Defendant(s). ) | |

The United States of America, by and through its undersigned attorneys, hereby respectfully requests that the Court order the superseding indictment in the above-captioned case to be unsealed. Defendant McClure is in custody, and he needs to be arraigned on the superseding indictment soon. It is requested that the superseding indictment be unsealed so that defendant McClure and his attorney can examine the superseding indictment, and so that he can be arraigned.

DATED: June 27, 2008

McGREGOR W. SCOTT
United States Attorney

By _/s/_____
KENNETH J. MELIKIAN
Assistant U.S. Attorney

1

1 **O R D E R**

2  Upon application of the United States and good cause therefor
3 being shown, IT IS HEREBY ORDERED that the superseding indictment
4 in the above-captioned matter be unsealed.

6 DATED: 6/27/08

KIMBERLY J. MUELLER
UNITED STATES MAGISTRATE JUDGE