```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
RONALD ANTHONY MCCLURE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 08-100 WBS |
| Plaintiff, ) | Cr.S. 08-270 WBS |
| ) | |
| v. ) | **STIPULATION AND ORDER** |
| ) | |
| RONALD ANTHONY MCCLURE, ) | DATE: November 24, 2008 |
| ) | TIME: 8:30 a.m. |
| Defendant. ) | JUDGE: Hon. William B. Shubb |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through KENNETH MELIKIAN, Assistant U.S. Attorney, and defendant, RONALD ANTHONY MCCLURE by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Monday, November 24, 2008 be continued to Monday, January 12, 2008 at 8:30 a.m.

As the court is aware, Mr. McClure's attorney, Assistant Federal Defender Caro Marks, was involved in a traffic accident which has caused her prolonged absence from the office.  As a result, this case and others were reassigned on October 29th. to new defense counsel.

1  Since that time, defense counsel has met with Mr. McClure, and begun a
2  comprehensive review of the discovery and issues in the case.  These
3  efforts are ongoing.  Once these efforts are complete, defense counsel
4  will have to meet again with Mr. McClure in order to fully advise him.
5       Speedy trial time is to be excluded from the date of this order
6  through the date of the status conference set for January 12, 2008
7  pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to
8  prepare] (Local Code T4).

10 DATED: November 20, 2008        Respectfully submitted,
                                    DANIEL J. BRODERICK
11                                  Federal Defender

12                                  /S/ Benjamin Galloway
                                    BENJAMIN GALLOWAY
13                                  Assistant Federal Defender
                                    Attorney for Defendant
14                                  RONALD ANTHONY MCCLURE

16 DATED: November 20, 2008        McGREGOR W. SCOTT
                                    United States Attorney
17
18                                  /s/ Ben Galloway for
                                    KENNETH MELIKIAN
19                                  Assistant U.S. Attorney
                                    Attorney for Plaintiff

1 **O R D E R**

2  **IT IS SO ORDERED.** Time is excluded from today's date through and
3 including January 12, 2008 in the interests of justice pursuant to 18
4 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code
5 T4.

7 DATED:   November 20, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE