DANIEL J. BRODERICK, Bar #89424
Federal Defender
BENJAMIN D. GALLOWAY,#214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
RONALD ANTHONY MCCLURE JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr.S 08-100 WBS |
| | ) Cr.S 08-270 WBS |
| Plaintiff, | ) |
| | ) |
| v. | ) STIPULATION AND ORDER CONTINUING |
| | ) MOTION HEARING AND SET A NEW |
| RONALD ANTHONY MCCLURE JR., | ) BRIEFING SCHEDULE |
| | ) |
| Defendant. | ) Date: March 9, 2009 |
| | ) Time: 8:30 a.m. |
| _____ | ) Judge: Hon. William B. Shubb |

The United States of America, through KENNETH MELIKIAN, Assistant United States Attorney, along with defendant, RONALD ANTHONY MCCLURE JR. by and through his counsel BENJAMIN D. GALLOWAY, of the Federal Defenders Office, hereby stipulate to continue the motion hearing from March 9, 2009 at 8:30 a.m. to March 16, 2009 at 8:30 a.m..

The following will be the new briefing schedule:

Defense Opposition Due . . . . . . . . . . . . . . . . March 2, 2009

/ / /

/ / /

| | | |
|---|---|---|
| Government Reply Due | . . . . . . . . . . . . . . . . . . . | March 9, 2009 |
| Motion Hearing | . . . . . . . . . . . . . . . | March 16, 2009, 8:30 AM |

Dated: February 23, 2009            Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/  Benjamin D. Galloway
BENJAMIN D. GALLOWAY
Assistant Federal Defendant
Attorney for Defendant
RONALD ANTHONY MCCLURE JR.

Dated: February 23, 2009            LAWRENCE G. BROWN
Acting United States Attorney

/s/ Matthew Stegman
KENNETH MELIKIAN
Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: March 2, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE