```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KENNETH J. MELIKIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, Ca.  95814
 4  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. S-08-100 WBS |
| | ) CR. NO. S-08-270 WBS |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING |
| v. | ) MOTION HEARING AND SETTING A NEW |
| | ) BRIEFING SCHEDULE |
| RONALD ANTHONY McCLURE, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Defendant, RONALD ANTHONY McCLURE, through BENJAMIN D. GALLOWAY, Assistant Federal Defender, and the United States of America, through Assistant U.S. Attorney KENNETH J. MELIKIAN, hereby stipulate to continue the motion hearing in this case from March 16, 2009, to March 23, 2009, at 8:30 a.m.  The parties further stipulate that the government's reply brief, currently due on March 9, 2009, can be filed on or before March 16, 2008.  The reason for this stipulation is that AUSA Melikian needs more time to adequately reply to the defendants' brief due to the

///

///

///

1

length and complexity of that brief, as well as his recent involvement in a jury trial.

DATED: March 10, 2009          Very truly yours,

                               LAWRENCE G. BROWN
                               Acting United States Attorney

                               /s/ Kenneth J. Melikian

                               By
                                 KENNETH J. MELIKIAN
                               Assistant U.S. Attorney

DATED: March 10, 2009          /s/ Kenneth J. Melikian
                               BENJAMIN D. GALLOWAY
                               Attorney for Defendant
                               (Signed by Kenneth J. Melikian
                                per authorization by
                                Benjamin D. Galloway)

　　　IT IS SO ORDERED.

DATED: March 11, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2