```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  BENJAMIN D. GALLOWAY,#214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   RONALD ANTHONY MCCLURE JR.
7

8
                  IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12
   UNITED STATES OF AMERICA,        ) Cr.S 08-100 WBS
13                                  ) Cr.S 08-270 WBS
                   Plaintiff,       )
14                                  )
        v.                          ) STIPULATION AND [PROPOSED]ORDER
15                                  ) CONTINUING MOTION HEARING
   RONALD ANTHONY MCCLURE JR.,      )
16                                  ) Date: March 30, 2009
                   Defendant.       ) Time:  8:30 a.m.
17                                  ) Judge: Hon. William B. Shubb
   _____)
18

19
        The United States of America, through KENNETH MELIKIAN, Assistant
20
   United States Attorney, along with defendant, RONALD ANTHONY MCCLURE JR.
21
   by and through his counsel BENJAMIN D. GALLOWAY, of the Federal Defenders
22
   Office, hereby stipulate to continue the motion hearing from March 23,
23
   2009 at 8:30 a.m. to March 30, 2009 at 8:30 a.m..
24
        This continuance is requested due to a family emergency.
25
        Speedy trial time is to be excluded from the date of this order
26
   through the date of the motion hearing set for April 6, 2009  pursuant
27

28
```

to 18 U.S.C. §§ 3161 (h)(1)(F) [pending motion] (Local Code E).

Dated: March 20, 2009 Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Benjamin D. Galloway
BENJAMIN D. GALLOWAY
Assistant Federal Defendant
Attorney for Defendant
RONALD ANTHONY MCCLURE JR.

Dated: March 20, 2009 LAWRENCE G. BROWN
Acting United States Attorney

/s/ Benjamin D. Galloway for
KENNETH MELIKIAN
Assistant U.S. Attorney

**O R D E R**

IT IS SO ORDERED.

Dated: March 23, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE