1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   BENJAMIN D. GALLOWAY,#214897
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5

6   Attorney for Defendant
    RONALD ANTHONY MCCLURE JR.
7

8                    IN THE UNITED STATES DISTRICT COURT
9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12
    UNITED STATES OF AMERICA,        ) Cr.S 08-100 WBS
13                                   ) Cr.S 08-270 WBS
                    Plaintiff,       )
14                                   )
        v.                           ) STIPULATION AND [PROPOSED]ORDER
15                                   ) CONTINUING MOTION HEARING
    RONALD ANTHONY MCCLURE JR.,      )
16                                   ) Date: March 30, 2009
                    Defendant.       ) Time:  8:30 a.m.
17                                   ) Judge: Hon. William B. Shubb
    _____ )
18

19
        The United States of America, through KENNETH MELIKIAN, Assistant
20
    United States Attorney, along with defendant, RONALD ANTHONY MCCLURE JR.
21
    by and through his counsel BENJAMIN D. GALLOWAY, of the Federal Defenders
22
    Office, hereby stipulate to continue the motion hearing from March 23,
23
    2009 at 8:30 a.m. to March 30, 2009 at 8:30 a.m..
24
        This continuance is requested due to a family emergency.
25
        Speedy trial time is to be excluded from the date of this order
26
    through the date of the motion hearing set for April 6, 2009  pursuant
27

28

1  to 18 U.S.C. §§ 3161 (h)(1)(F) [pending motion] (Local Code E).

2  Dated: March 20, 2009                    Respectfully submitted,

3

4                                           DANIEL J. BRODERICK
                                            Federal Defender
5

6                                           /s/  Benjamin D. Galloway
                                            BENJAMIN D. GALLOWAY
7                                           Assistant Federal Defendant
                                            Attorney for Defendant
8                                           RONALD ANTHONY MCCLURE JR.

9

10 Dated: March 20, 2009                    LAWRENCE G. BROWN
                                            Acting United States Attorney
11
                                            /s/ Benjamin D. Galloway for
12                                          KENNETH MELIKIAN
                                            Assistant U.S. Attorney
13

14                                **O R D E R**

15

16
   IT IS SO ORDERED.
17

18
   Dated: March 23, 2009
19

20  _____
    WILLIAM B. SHUBB
21  UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28