BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2755

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No. CR S-08-100 WBS |
| ) | |
| Plaintiff,   ) | MOTION AND [PROPOSED] ORDER TO |
| ) | DISMISS SUPERSEDING INDICTMENT |
| v.   ) | AS TO SHAMEKA RENE GARZA |
| ) | |
| RONALD ANTHONY McCLURE, Jr.,  ) | |
| SHAMEKA RENE GARZA,   ) | |
| ) | |
| Defendant.   ) | |
| _____ | |

    The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the charges in the superseding indictment against SHAMEKA RENE GARZA without prejudice in the interest of justice.  I have communicated with defense counsel, Ronald J. Peters, and he indicated that he had no objection to this motion.

DATED: September 29, 2010         Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                  By:   /s/ Michael D. Anderson
                                            MICHAEL D. ANDERSON
                                            Assistant U.S. Attorney

1
2                                    **ORDER**
3
4       **IT IS HEREBY ORDERED** that the indictment in the above
5   captioned case be dismissed against defendant SHAMEKA RENE GARZA
6   without prejudice in the interest of justice.
7
8   DATED: September 30, 2010
9                          _____
10                         WILLIAM B. SHUBB
11                         UNITED STATES DISTRICT JUDGE